UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHELSEA HOUSE,

Plaintiff,

v.

GUILD EDUCATION, INC., et al.,

Defendants.

Case No. 24-cv-07415-RS

**ORDER GRANTING MOTION TO WITHDRAW**

Pursuant to a stipulation among the parties, this action was previously stayed pending completion of an arbitration proceeding between plaintiff and defendant Guild Education, Inc. The file was thereafter administratively closed, without prejudice to the right of any party to move to reopen in the event further court proceedings became necessary. Counsel for plaintiff now moves for leave to withdraw, asserting a breakdown in the attorney-client relationship, and reporting that the arbitrator has already permitted withdrawal in that proceeding. Defendants have stated they do not oppose the motion, and plaintiff has filed no response.

Good cause appearing, the motion of plaintiff's counsel for leave to withdraw is granted. Pursuant to Civil Local Rule 11-5, this order is subject to the condition that papers may continue to be served on counsel for forwarding purposes, unless and until plaintiff appears by other counsel or pro se. Counsel must notify plaintiff of this condition. The file shall remain closed.

**IT IS SO ORDERED**.

United States District Court
Northern District of California

Dated: June 5, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California

CASE NO. 24-cv-07415-RS

2